IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CODY DEMETRIUS HEIDELBERG**                                                          **PLAINTIFF**

**v.**                         Case No. 4:16-cv-00136-KGB

**ANTHONY WALL,** *et al*.                                                              **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered in this matter on this date, the claims of plaintiff Cody Demetrius Heidelberg are dismissed without prejudice.

So adjudged this 3rd day of January, 2018.

Kristine G. Baker
United States District Judge